FILED BY_____MB_____D.C.

Apr 28, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: <u>26-MJ-00037-SMM</u>

UNITED STATES OF AMERICA

v.

LUIS FELIPE LEON-SUAREZ,

      Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?     **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?     **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?          **No.**

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   */s/ Richard S. Shiller*_____
     RICHARD S. SHILLER
     Assistant United States Attorney
     Florida Bar No.: 1004394
     101 S. US Hwy 1, Suite 3100
     Fort Pierce, Florida 34950
     Tel: (772) 466-0899
     Richard.Shiller@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

AUSA Richard S. Shiller

## UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

FILED BY _____ MB _____ D.C.

**Apr 28, 2026**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LUIS FELIPE LEON-SUAREZ, | ) Case No.  26-MJ-00037-SMM |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 11, 2026 _____ in the county of _____ Saint Lucie _____ in the
_____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Previously Removed Alien Found in the United States |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Angelo Zaravelis, Deportation Officer, ICE
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by videoconference.

Date:  April 28, 2026
_____

_____
*Judge's signature*

City and state:  _____ Fort Pierce, Florida _____

Shaniek Mills Maynard, U.S. Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Angelo Zaravelis, being duly sworn, depose and state as follows:

1.      I am a Deportation Officer of the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), and have been employed in a similar capacity since 2007.  I am currently assigned to Enforcement and Removal Operations ("ERO"), Criminal Alien Program, Stuart, Florida.  As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States.  I have also conducted and participated in investigations of this nature.

2.      This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers.  This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Luis Felipe LEON-SUAREZ ("LEON-SUAREZ") committed the offense of being a previously removed alien found in the United States, in violation of 8 U.S.C. § 1326(a).

3.      On or about April 10, 2026, Florida Highway Patrol ("FHP") arrested LEON-SUAREZ for the offenses of driving under the influence of alcohol or drugs and operating a motor vehicle without a valid license.  On April 11, 2026, a corrections aide at the Saint Lucie County Jail notified ICE of the arrest, alerting ICE officials to LEON-SUAREZ's presence in the United States.

4.      I reviewed documents from the immigration alien file belonging to Luis Felipe LEON-SUAREZ, AXXX XXX 694, which show that he is a native and citizen of Mexico. Records show that on or about October 5, 2013, LEON-SUAREZ was ordered removed from the United States.  On that same day, LEON-SUAREZ was removed from the United States to Mexico.

5.      Thereafter, LEON-SUAREZ illegally reentered the United States.  On April 28, 2014, LEON-SUAREZ was removed from the United States to Mexico for the second time.

6.      Law enforcement scanned the April 10, 2026, fingerprints of LEON-SUAREZ into the IDENT system, a biometric database maintained by the Department of Homeland Security. The results confirmed that LEON-SUAREZ is the individual that was previously removed from the United States.

7.      Agents performed a record check in the Computer Linked Application Informational Management System ("CLAIMS"), to determine if Luis Felipe LEON-SUAREZ ever filed an application for permission to reapply for admission into the United States after deportation or removal. A search in that database system verified that no records exist indicating that LEON-SUAREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security for re-admission into the United States as required by law.

8.      Based on the foregoing, I believe that there exists probable cause to believe that, on or about April 11, 2026, Luis Felipe LEON-SUAREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of 8 U.S.C. § 1326(a).

Angelo Zaravelis
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me, by videoconference, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure, in Fort Pierce, Florida, this 28th day of April, 2026.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE

2